**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROY LEE RUSSELL                                                                                         PLAINTIFF

v.                                              4:12-cv-00292-SWW-JJV

KEITH FINCH, CID,
Dumas Police Department; *et al.*,                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 22nd day of January, 2013.

**/s/Susan Webber Wright**
UNITED STATES DISTRICT JUDGE